IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LORI WASHINGTON, ex rel. J.W.** § | | |
| **Plaintiffs,** § | | |
| **v.** § | | |
| § | | |
| **KATY INDEPENDENT** § | Civil Action No. 4:18-CV-01848 | |
| **SCHOOL DISTRICT AND OFFICER** § | | |
| **ELVIN PALEY, INDIVIDUALLY** § | | |
| **Defendant.** § | | |

### PLAINTIFF'S RESPONSE TO THE COURT'S (DE #56) ORDER

TO THE HONORABLE JUDGE OF THE COURT:

1. Plaintiffs adopt as fully set forth herein the Defendants' *Response* (DE# 57), filed on August 14, 2020.

2. Additionally, Plaintiffs are set to proceed on August 24-25, 2020 with a Due Process Hearing before a Texas Education Agency Special Education Hearing Officer, as contemplated by this Court's *remand* in CIVIL ACTION NO. H-18-2752 DE#21.

3. Plaintiffs reasonably believe that after the 5th Circuit Rules on the *Qualified Immunity* issue in this cause and the Special Education Hearing Officer rules, Plaintiffs will be in the position to act on the remaining portion of this case dealing with the Court's denial of J.W.'s claims of discrimination based upon disability. [DE# 34, 50].

Respectfully submitted,

*/s/ Martin J. Cirkiel*
Martin J. Cirkiel, Attorney
State Bar No.: 00783829
So. Dist. No. 21488
marty@cirkielaw.com [Email]

Holly Griffith Terrell, *Of Counsel*
State Bar No. 24050691

holly@cirkielaw.com [Email]

Cirkiel & Associates, P.C.
1901 E. Palm Valley Boulevard
Round Rock, Texas  78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]

Drew Willey, Attorney
State Bar No.: 24093371
Drew Willey Law
1520 Rutland Street
Houston, Texas 77008
(713) 739-9455 [Telephone]
(713) 510-1950 [Facsimile]
drew@law-dw.com [Email]

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to all parties on this the 17th day of August, 2020, in accordance with the Federal Rules of Civil Procedure and the Court's electronic filing system.

Mr. Christopher B. Gilbert, Attorney & Counselor At Law
State Bar. No. 00787535
So. Dist. No. 17283
cgilbert@thompsonhorton.com [Email]; and

Ms. Hailey R. Janecka, Attorney & Counselor At Law
State Bar. No. 24099491
So. Dist. No. 3151241
hjanecka@thompsonhorton.com [Email]

Thompson & Horton LLP
3200 Southwest Freeway
Suite 2000
Houston, TX 77027
(713) 554-6744 [Telephone]
(713) 583-7698 [Facsimile]
Attorneys For Katy Independent School District And Elvin Paley

  /s/ Martin Cirkiel
Martin Cirkiel, Attorney