# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
July 25, 2022
Nathan Ochsner, Clerk of Court

No. 21-20671

J. W.; LORI WASHINGTON, *as next friend J. W.*,

*Plaintiffs—Appellants*,

versus

ELVIN PALEY; KATY INDEPENDENT SCHOOL DISTRICT,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-1848

ORDER:

IT IS ORDERED that Appellants' opposed motion to stay further proceedings in this court pending disposition by the United States Supreme Court of *Perez v. Sturgis Pub. Schs.*, No. 21-887 (U.S.) is DENIED without prejudice for future consideration if certiorari is granted.

/s/ *Catharina Haynes*
CATHARINA HAYNES
*United States Circuit Judge*

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 25, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 21-20671    W. v. Paley  
                 USDC No. 4:18-CV-1848

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Rebecca L. Leto, Deputy Clerk  
504-310-7703

Ms. Selene Ann Almazan-Altobelli  
Ms. Rupa Bhattacharyya  
Mr. Martin J. Cirkiel  
Ms. Kelsi Brown Corkran  
Ms. Elizabeth Cruikshank  
Mr. Christopher Blewer Gilbert  
Ms. Mary B. McCord  
Mr. Nathan Ochsner  
Ms. Ellen Marjorie Saideman